PD-1080-15

PD-1080-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/18/2015 11:15:09 PM
Accepted 8/20/2015 11:52:27 AM
ABEL ACOSTA
CLERK

NO. _____

## IN THE COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

August 20, 2015

ABEL ACOSTA, CLERK

STEVE ACOSTA
Appellant,

vs.

THE STATE OF TEXAS,
Appellee

On Appeal from the 5ᵗʰ District Court of Appeals
Dallas, Texas

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

Comes Now, STEVE ACOSTA, Appellant/Petitioner who hereby files this

First Motion for Extension of Time to File Petition for Discretionary Review

under Tex. R. App. P. 68.2. In support of this motion, per Tex. R. App. P.

10.5, Petitioner shows the following:

1.      The Court of Appeals for the 5th Appellate District in Dallas,

TX, rendered its opinion and judgment in Steve Acosta v. State of Texas,

1

Trial Court Cause No. F-1355987-M, Appellate Cause No. 05-13-01640-CR on July 7, 2015. The Petition for Discretionary Review is due no later than August 6, 2015. Counsel requests this extension prior to 15 days from August 6, 2015.

2.    Petitioner requests an extension of time of thirty days, to September 7, 2015. This is Petitioner's first request for an extension of time in this case.

3.    Petitioner relies on the following facts as a reasonable explanation for the requested extension of time: Counsel is involved in numerous Federal and State appeals and trials involving complex issues and extensive transcripts. Counsel must review 1200 pages of transcripts in one appeal and 4 terabytes of information on a trial matter. Both are set in the next month.

**WHEREFORE PREMISES CONSIDERED,** Petitioner prays that this Court grant this Motion for Extension of Time.

Respectfully submitted,

_____/s/ Bruce Kaye_____
Bruce Kaye
TBN 00784374
2309 Boll St.
Dallas, TX 75204
(214) 722-7438 Office
(866) 649-8757 Fax
Bruce@Brucekaye.com